**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

------------------------------------X
Trustees of the Amalgamated National
Health Fund, f/k/a Unite Here
National Health Fund,
                        Plaintiff,

                                          NOTICE OF ASSIGNMENT


              -V-                         7:10 cv 04945(KMK)(PED)
Greenwich Triangle, LLC, f/k/a
Southwick Clothing, LLC,
                        Defendants.
------------------------------------X


        Pursuant to the memorandum of the Case Processing Assistant
the above entitled action is assigned to the calendar of the

                **HON. Kenneth M. Karas, U.S.D.J.**

        All future documents submitted in this action shall bear the
assigned judge's initials after the case number.  If this case is
assigned to the Electronic Case Filing (ECF) system, documents
must be submitted electronically, and shall also bear the
notation "ECF CASE" under the docket number.

        The attorney(s) for the plaintiff(s) are requested to serve
a copy of the Notice of Assignment on all defendants.


                              Ruby Krajick, CLERK


                        by:_____
                              DAVID CRUZ - Deputy Clerk




DESIGNATED TO MAGISTRATE JUDGE: Paul E. Davison, U.S.M.J.