USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

**Trustees of The Amalgamated
National Health Fund,**

                   Plaintiff(s),          10-cv-04945 (KMK)(PED)

     -against-                     CALENDAR NOTICE

**Greenwich Triangle LLC,**

                   Defendant(s).
--------------------------------------------------X

     Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | ___ Suppression hearing |
| _x_ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, September 13, 2011 at 12:15 p.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

     Any scheduling difficulties must be brought to the attention of the Court in writing, at least five business days beforehand.

Dated: July 25, 2011
       White Plains, New York

                       So Ordered

                       Kenneth M. Karas, U.S.D.J