UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
TRUSTEES OF THE AMALGAMATED NATIONAL HEALTH      Case No. 10 Civ. 04945(KMK)
FUND f/k/a UNITE HERE NATIONAL HEALTH    Plaintiff,
FUND,
        -against-
GREENWICH TRIANGLE LLC
f/k/a SOUTHWICK CLOTHING LLC,    Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**David C. Sapp**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DS5781    My State Bar Number is 2370583

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Amalgamated Life Insurance Company
               FIRM ADDRESS: 730 Broadway
               FIRM TELEPHONE NUMBER: (212) 539-5576
               FIRM FAX NUMBER: (212) 387-0710

NEW FIRM:   FIRM NAME: Alicare, Inc.
               FIRM ADDRESS: 333 Westchester Avenue, North Building – 2nd Floor, White Plains, New York 10604
               FIRM TELEPHONE NUMBER: (914) 367-5576
               FIRM FAX NUMBER: (914) 367-2576

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 8/23/11

ATTORNEY'S SIGNATURE