UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE
AMALGAMATED NATIONAL HEALTH FUND and
TRUSTEES OF THE
NATIONAL RETIREMENT FUND,
            Plaintiffs,

against

GREENWICH TRIANGLE LLC
f/k/a SOUTHWICK CLOTHING LLC,
            Defendant.

**AFFIDAVIT OF SERVICE**

10 Civ. 4945 (KMK)

STATE OF NEW YORK    )
                                ) ss.
COUNTY OF WESTCHESTER  )

**MICHELE REID**, being duly sworn, deposes and says:

    1.    I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11203.

    2.    On October 13, 2011, I served Defendant Greenwich Triangle LLC f/k/a Southwick Clothing LLC herein by serving Paul Galligan, Esq., counsel to Defendant, with a copy of Plaintiffs' Second Amended Complaint by causing a true copy thereof addressed to Paul Galligan, Esq., Seyfarth Shaw LLP, at 620 Eighth Avenue, New York, New York 10018-1405 to be delivered to the United States Postal Service at the Post Office within the State of New York for transmittal by first class mail, postage prepaid.

_____
Michele Reid

Sworn to, before me, this
14th day of October 2011.

_____
Notary Public

DAVID SAPP
Notary Public, State of New York
No. 31-4983926
Qualified in New York County — westchester County
Commission Expires July 8, 2015