**UNITED STATES DISTRICT COURT**

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

April 2, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **Trustees of the Unite Here National Retirement Fund** <br><br> Plaintiff, <br><br> - against - <br><br> **Greenwich Triangle LLC** <br> *formerly known as* <br> Southwick Clothing LLC <br><br> Defendant. | **SCHEDULING ORDER** <br><br> 09-cv-04962-KMK -PED <br> 10-cv-04945-KMK- PED |

TO ALL PARTIES:

This matter has been scheduled before the Honorable Paul E. Davison, United States Magistrate Judge, for a **Settlement Conference** on **April 18, 2012 at 2:30pm** in Courtroom 420.

*Counsel should either have: full independent settlement authority; principals present; or principals readily available by telephone.*

*Counsel are encouraged, but not required, to submit a confidential, ex parte letter to the Court, not to exceed 5 pages in length, no later than two business days prior to the conference, outlining any information counsel believes would assist the Court in preparation for the conference. Counsel shall notify all other parties of their intention to submit an ex parte letter no later than one week prior to the conference.*

**PLEASE NOTIFY ALL OTHER PARTIES OF THE ABOVE INFORMATION IMMEDIATELY**

Any party seeking a reschedule shall telephone chambers with all other parties on the line.

SO ORDERED:

*[signature]*

Hon. Paul E. Davison
United States Magistrate Judge