UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE AMALGAMATED NATIONAL
HEALTH FUND and TRUSTEES OF THE
NATIONAL RETIREMENT FUND,

                  Plaintiffs,

-against-

GREENWICH TRIANGLE LLC f/k/a SOUTHWICK
CLOTHING LLC,

                  Defendant.

10 Civ.4945 (KMK)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            ) ss.
COUNTY OF WESTCHESTER )

      **LORNA GREAVES**, being duly sworn, deposes and says:

      1.    I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11239.

      2.    On April 13, 2012, I served Defendant Greenwich Triangle, LLC f/k/a Southwick Clothing LLC herein by serving Paul Galligan, Esq., counsel for Defendant, by causing a true copy of Plaintiffs' Third Amended Complaint in an envelope addressed to Paul Galligan, Esq., Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018-1405, to be delivered to the United States Postal Service at the Post Office within the State of New York for transmittal by first class mail, postage prepaid.

                                                      _____
                                                            Lorna Greaves

Sworn to, before me, this
16th day of April 2012.

_____
Notary Public

SABRINA DAVIS
Notary Public, State of New York
Qualified in Queens County
No. 01DA6152502
Commission Expires 9/18/2014