UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES OF THE AMALGAMATED NATIONAL
HEALTH FUND and TRUSTEES OF THE NATIONAL      :   09-CV-04962(KMK)
RETIREMENT FUND,
                                              :
         Plaintiffs,                          :   10-CV-04945(KMK)

         -against-                            :
                                                  **ORDER
GREENWICH TRIANGLE LLC f/k/a SOUTHWICK         :  CONSOLIDATING CASES**
CLOTHING LLC,
                                              :
         Defendant.                           :
------------------------------------------------------------------X

This matter having come before the Court on September 13, 2011, and counsel having appeared for all parties in the above actions, and for good cause having been shown; it is now

**ORDERED**, that the Clerk of the Court is directed to consolidate Case No. 09-CV-04962 into Case No. 10-CV-04945 and thereafter close Case No. 09-CV-04962.

Dated: April 16, 2012
       White Plains, New York

                                        SO ORDERED:

                                        _____
                                        Kenneth M. Karas
                                        United States District Judge