UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

**Trustees of the Unite Here National Retirement Fund,**

          Plaintiff(s),

-against-

**Greenwich Triangle LLC,**

          Defendant(s),
-----------------------------------------------------------x

10-cv-04945 (KMK)(PED)

**ORDER**

It having been reported to this Court that the above entitled action has been settled,

IT IS ORDERED that the action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within 30 days of the date of this order, either party may apply by letter for restoration of the action to the calendar of the undersigned. Any such application must be made before the 30 days have expired, or it will be denied. Any such application timely made will be granted.

                                                           Kenneth M. Karas, U.S.D.J.

Dated: White Plains, New York
       April 23, 2012