MEMO ENDORSED


**ALICARE, INC.**
Third Party Administrators

*An Affiliate of Amalgamated Life*

June 25, 2012

**VIA FACSIMILE (914) 390-4152**

Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

*David C. Sapp, Esq.*
Associate Counsel and
Director of Litigation

333 Westchester Avenue
North Building – Second Floor
White Plains, New York 10604

P: 914-367-5576
F: 914-367-2576

dsapp@amalgamatedlife.com


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Re: Trustees of the UNITE HERE National Retirement Fund –v.– Greenwich Triangle, LLC f/k/a Southwick Clothing LLC – 09-CV-04962(KMK)

Re: Trustees of the Amalgamated National Health Fund, et al. –v.– Greenwich Triangle, LLC f/k/a Southwick Clothing LLC – 10-CV-04945 (KMK)

Dear Judge Karas:

We are counsel for the Trustees of the Amalgamated National Health Fund and the Trustees of the National Retirement Fund, plaintiffs in the above-referenced actions. Joined by Paul Galligan, Esq. of Seyfarth Shaw, attorneys for defendant Greenwich Triangle LLC f/k/a Southwick Clothing LLC, we are writing to request that the Court extend the deadline established in the April 23, 2012 Order, as amended, for restoring the above actions to your Honor's active calendar to July 26, 2012 to permit the parties to conclude the settlement in the actions. We make this request for the following reasons.

As previously advised, the parties agreed to the terms of a settlement at the April 18, 2012 settlement conference before Magistrate Judge Paul E. Davison and, on April 23, 2012, plaintiffs' counsel sent draft settlement documents to Mr. Galligan. Certain substantive issues thereafter arose which must be resolved prior to a final settlement of the claims in the action. The parties are continuing to review those issues and discuss various avenues to resolve the issues so as to conclude a final settlement. The parties require additional time to conclude those discussions and resolve the outstanding issues.



we work for working people

Honorable Kenneth M. Karas
June 25, 2012
Page 2

In light of the foregoing, the parties respectfully request an extension to and including July 26, 2012 to restore the actions to your Honor's calendar in the event that a settlement is not concluded by that date.

The Court's considerations are greatly appreciated.

Respectfully submitted,

David C. Sapp (DS5781)

cc (via facsimile): United States Magistrate Judge Paul E. Davison
(via e-mail): Paul Galligan, Esq.

Granted.
So ordered.

6/26/12