ALICARE, INC.
Third Party Administrators

*An Affiliate of Amalgamated Life*

July 25, 2012



*David C. Sapp, Esq.*
Associate Counsel and
Director of Litigation

**MEMO ENDORSED**

[address] Avenue
[...] Second Floor
White Plains, New York 10604

P: 914-367-5570
F: 914-367-2576

dsapp@amalgamatedlife.com

<u>VIA FACSIMILE (914) 390-4152</u>

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    <u>Trustees of the UNITE HERE National Retirement Fund –v.– Greenwich Triangle, LLC f/k/a Southwick Clothing LLC – 09-CV-04962(KMK)</u>

    Re:    <u>Trustees of the Amalgamated National Health Fund, et al. –v.– Greenwich Triangle, LLC f/k/a Southwick Clothing LLC – 10-CV-04945 (KMK)</u>

Dear Judge Karas:

    We are counsel for the Trustees of the Amalgamated National Health Fund and the Trustees of the National Retirement Fund, plaintiffs in the above-referenced actions. Joined by Paul Galligan, Esq. of Seyfarth Shaw, attorneys for defendant Greenwich Triangle LLC f/k/a Southwick Clothing LLC, the parties are writing to request that the Court extend the deadline established in the April 23, 2012 Order, as amended, for restoring the above actions to your Honor's active calendar to September 14, 2012 to permit the parties to conclude the settlement in the actions. We make this request for the following reasons.

    As we previously advised the Court, the parties had agreed to the terms of a settlement at the April 18, 2012 settlement conference before Magistrate Judge Paul E. Davison and, on April 23, 2012, plaintiffs' counsel sent draft settlement documents to Mr. Galligan. Thereafter, certain substantive issues arose which the parties agree must be resolved before conclusion of a final settlement of the action. The parties are continuing to review those issues and discuss various avenues to resolve the issues so as to conclude a final settlement. The parties require additional time to conclude those discussions and resolve the outstanding issues.



Honorable Kenneth M. Karas
July 25, 2012
Page 2

    In light of the foregoing, the parties respectfully request an extension to and including September 14, 2012 to restore the actions to your Honor's calendar in the event that a settlement is not concluded by that date.

    The Court's considerations are greatly appreciated.

Respectfully submitted,

David C. Sapp (DS5781)

cc (via facsimile):     United States Magistrate Judge Paul E. Davison
(via e-mail):     Paul Galligan, Esq.

Granted.
So Ordered.

*/s/ KMK*
7/26/12