

**ALICARE, INC.**
Third Party Administrators

*An Affiliate of Amalgamated Life*

October 12, 2012



David C. Sapp, Esq.
Associate Counsel and
Director of Litigation

333 Westchester Avenue
North Building – Second Floor
White Plains, New York 10604

P: 914-367-5576
F: 914-367-2576

dsapp@amalgamatedlife.com

<u>**VIA FACSIMILE (914) 390-4152**</u>

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    <u>Trustees of the UNITE HERE National Retirement Fund –v.– Greenwich Triangle, LLC f/k/a Southwick Clothing LLC – 09-CV-04962(KMK)</u>

    Re:    <u>Trustees of the Amalgamated National Health Fund, et al. –v.– Greenwich Triangle, LLC f/k/a Southwick Clothing LLC – 10-CV-04945 (KMK)</u>

Dear Judge Karas:

    We are counsel for the Trustees of the Amalgamated National Health Fund and the Trustees of the National Retirement Fund, plaintiffs in the above-referenced actions. Joined by Paul Galligan, Esq. of Seyfarth Shaw, attorneys for defendant Greenwich Triangle LLC f/k/a Southwick Clothing LLC, the parties are writing to request that the Court extend the deadline established in the Court's April 23, 2012 Order, as amended, for restoring the above actions to your Honor's active calendar to November 16, 2012. We make this request for the following reasons.

    As we previously advised the Court, the parties had agreed to the terms of a settlement at the April 18, 2012 settlement conference before Magistrate Judge Paul E. Davison but certain issues thereafter arose which required resolution by the parties. The parties now write to advise that those issues are resolved but that the parties will require additional time to draft and circulate final settlement documents memorializing the settlement.

    In light of the foregoing, the parties respectfully request an extension to and including November 16, 2012 to restore the actions to your Honor's active calendar in the event that a settlement is not finalized by that date.



Honorable Kenneth M. Karas
October 12, 2012
Page 2

The Court's considerations are greatly appreciated.

Respectfully submitted,

David C. Sapp (DS5781)

cc (via facsimile):    United States Magistrate Judge Paul E. Davison
   (via e-mail):    Paul Galligan, Esq.

Granted -
So Ordered,

10/15/12